**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**RICHARD MITCHELL**                    **CIVIL ACTION NO.:  07-7637**

**VERSUS**                              **SECTION:  I**

**MASCO CONTRACTOR SERVICES, INC.**     **MAGISTRATE:  5**
**A/K/A BUILDER SERVICES GROUP,**
**INC.**

## PRELIMINARY INJUNCTION

Considering the Motion for Temporary Restraining Order and Preliminary and Permanent Injunctive Relief filed by Defendant, Builder Services Group, Inc. ("BSG"), the Memorandum in Support, and the record evidence submitted therewith, and considering the Plaintiff's consent to a Preliminary Injunction pending further order of the Court, subject to Plaintiff's option to request that the Court set aside or dissolve the Preliminary Injunction and reservation of all rights in connection therewith;

**IT IS HEREBY ORDERED THAT,** pending further order of the Court, Plaintiff Richard Mitchell is preliminarily enjoined from:

A.      Directly or indirectly engaging in the business of insulation contracting or of selling, marketing, installing or servicing insulation products or specialized diversified products (including, but not limited to, insulation, radiant barrier, fireplaces, mirrors, shelving, cabinets, windows, and bath accessories) (hereinafter the "Restricted Activities"), whether such

{B0477990.1}

1

engagement is as an officer, director, proprietor, shareholder, employee, partner, investor (other than as a holder of less than 1% of the outstanding capital stock of a publicly traded corporation), consultant, advisor, agent or otherwise, alone or jointly with others, in the following area: Parishes in Louisiana; Ascension, East Baton Rouge, East Feliciana, Livingston, Orleans, St. Charles, St. James, St. John the Baptist, St. Tammany, Tangipahoa, and Washington; and Counties in Mississippi; Adams, Amite, Copiah, Covington, Forrest, George, Greene, Franklin, Hancock, Harrison, Jackson, Jefferson Davis, Jones, Lamar, Lawrence, Lincoln, Marion, Pearl River, Perry, Pike, Simpson, Stone, Walthall, and Wilkinson (hereinafter the "Territory");

B.      Directly or indirectly engaging in any Restricted Activities in the Territory by supplying products or providing services to, or otherwise soliciting, attempting to solicit, or accepting business from any customer with whom BSG has done any business or solicited to do business at any time during the period commencing two years prior to March 26, 2002, and ending on the termination of his employment with BSG, whether as an officer, director, proprietor, shareholder, employee, partner, investor (other than as a holder of less than 1% of the outstanding capital stock of a publicly trader corporation), consultant, advisor, agent or otherwise, alone or jointly with others;

C.      Directly or indirectly engaging in any Restricted Activities by purchasing insulation or other materials for the purpose of engaging in the Restricted Activities from any supplier with whom BSG has done any business at any time during the period commencing two years prior to March 26, 2002, and ending on the termination of his employment with BSG, whether as an officer, director, proprietor, shareholder employee, partner, investor (other than as a holder of less than 1% of the outstanding capital stock of a publicly traded corporation), consultant, advisor, agent or otherwise, alone or jointly with others;

D.    Directly or indirectly assisting others in engaging in any of the Restricted Activities in any manner in which he is prohibited from engaging in such Restricted Activities;

E.    Directly or indirectly (i) inducing, recruiting, or soliciting employees of BSG to engage in any activities that Mr. Mitchell is prohibited from engaging in or to terminate their employment with BSG or (ii) recruiting, soliciting or hiring any individual who was, within the 12 months prior to the termination of Mr. Mitchell's employment with BSG, an employee of BSG.

New Orleans, Louisiana, the _____5th_____ day of ___December___, 2007.

_____
United States District Judge